UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| STEPHEN TRACY, | ) |
| | ) |
|     Plaintiff, | ) Case No. 2015-CV-5052 |
| | ) |
| v. | ) Judge Jorge L. Alonso |
| | ) |
| P.O. MICHAEL HULL, and | ) Magistrate Judge Sidney I. Schenkier |
| The CITY OF NAPERVILLE, | ) |
| | ) |
|     Defendants. | ) |

## DEFENDANTS' RULE 12(b)(6) MOTION TO DISMISS AND RULE 12(f) MOTION TO STRIKE

NOW COME the Defendants, by their attorney, Robert Wilder, Senior Assistant City Attorney, and move this Court for entry of an order dismissing Counts I, II and IV of Plaintiff's Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) and striking the prayer for relief in Count III pursuant to Rule 12(f). In support thereof, Defendants submit their concurrently filed Memorandum of Law.

WHEREFORE, the Defendants pray for entry of an order dismissing Counts I, II and IV of Plaintiff's Amended Complaint and striking the prayer for relief in Count III, and for any additional relief the Court deems proper.

                                                            Respectfully submitted,

                                                            /s Robert Wilder
                                                            Robert Wilder

Robert Wilder, Senior Assistant City Attorney
The City of Naperville
400 South Eagle Street
Naperville, Illinois 60540
Phone: (630) 420-4170
IL ARDC No. 6244917

## CERTIFICATE OF SERVICE

       The undersigned, an attorney, hereby certifies that on August 10, 2015, he caused copies of the foregoing **Defendants' Motion to Dismiss** to be served on all registered counsel via the Northern District of Illinois Electronic Filing System.

       */s Robert Wilder*
       Robert Wilder